IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                        4:06CR00239-01-WRW

STEVEN EARL BONDS

## AMENDED JUDGMENT & COMMITMENT

The Judgment and Commitment filed in this case on May 18, 2007, is amended to reflect the following:

On page 5 of the Judgment & Commitment it should indicate that:

> The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

On page 1 of the Statement of Reasons:

> II B Mandatory minimum sentence imposed.
>     (This box should not be checked).

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 22nd day of May, 2007.

                                        /s/ Wm. R.Wilson,Jr.
                              UNITED STATES DISTRICT JUDGE

amendJ&C.wpd