IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  4:06CR00239-01-WRW

STEVEN EARL BONDS

## AMENDED JUDGMENT & COMMITMENT

Pending is the Motion to Amend Restitution Order filed by the United States of America. The Motion to GRANTED and the restitution ordered on May 18, 2007 is reduced by an amount of $57.05. The total restitution now ordered is $22,825.24.

The remaining portions of the Judgment & Commitment entered on May 18, 2007, will remain in full force and effect.

IT IS SO ORDERED this 1st day of August, 2007.

                                                      /s/ Wm. R.Wilson,Jr.
                                         UNITED STATES DISTRICT JUDGE

amendJ&C.wpd