AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| STEVEN EARL BONDS | |

Case No. 4:06-cr-239-DPM

USM No. 24226-009

Kim Driggers
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Committing Driving While Intoxicated (first offense), Ark. Code Ann. § 5-65-103, a misdemeanor, a Grade C violation | 04/07/2012 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3005

Defendant's Year of Birth: 1958

City and State of Defendant's Residence:
Benton, Arkansas

03/22/2013
Date of Imposition of Judgment

_WPMarshall Jr._
Signature of Judge

D.P. Marshall Jr.            U.S. District Judge
Name and Title of Judge

27 March 2013
Date

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Committing First Degree Assault, Ark. Code Ann. § 5-13-205, a misdemeanor, a Grade C violation | 04/07/2012 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
    Sheet 2— Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

9.5 MONTHS, about 30 DAYS more than time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____ .
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

10 MONTHS.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if
- ☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## SPECIAL CONDITIONS OF SUPERVISION

S1) Bonds must be committed to a residential re-entry center for the first TWO MONTHS of his supervised-release term, modifying the unsatisfied twelve-month term previously imposed.

S2) Bonds must reside in a residential substance-abuse treatment facility or a chemical-free living residential facility for the second TWO MONTHS of his supervised release term; the probation office will decide which of these options is appropriate.

S3) Bonds must participate in a mental-health assessment and counseling, if recommended by the assessment, under the guidance and supervision of the probation officer; however, that obligation will conclude when Bonds is released into general supervision.

S4) Bonds must disclose his substance-abuse addiction to any physician or medical practitioner prescribing medication with addiction potential, and allow the probation officer to verify this disclosure.

S5) Bonds must participate, under the guidance and direction of the probation officer, in a subtance-abuse treatment program, which shall include testing, outpatient counseling, and the residential treatment as specified above. After Bonds is released from residential drug treatment or chem-free living, however, he will be subject only to outpatient drug testing and treatment. To the extent possible, drug testing will be conducted during home visits. Further, Bonds must abstain from the use of alcohol throughout the course of treatment.

S6) Bonds must disclose financial information upon request of the U.S. Probation Office, including but not limited to loans, lines of credit, and tax returns. This also includes records of any business with which Bonds is associated. No lines of credit shall be established without prior approval of the U.S. Probation Office.

S7) Pursuant to 12 U.S.C. §§ 1785 and 1829, Bonds shall not obtain employment in an institution insured by the FDIC or a Federal Credit Union.

Judgment — Page __6__ of __7__

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ | $ | $ 22,825.24 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Payments will be proportionately allocated to the persons and entities named in the list attached to this Judgment | $22,882.29 | $22,825.24 | |

| TOTALS | $ 22,882.29 | $ 22,825.24 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: STEVEN EARL BONDS
CASE NUMBER: 4:06-cr-239-DPM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

Restitution is mandatory and is payable during incarceration and supervised release. During incarceration, Bonds must pay 50 percent per month of the funds available to him. During residential re-entry placement, payments will be reduced to 10 percent of Bonds's gross monthly income. Beginning the first month after leaving residential re-entry, payments will be $50 per month. The interest requirement is waived.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| VICTIM | ADDRESS | CHECK # | ALTERED AMT | |
|---|---|---|---|---|
| Hobby Lobby | 12201 W. Markham, Little Rock, AR 72211 | | $ 85.29 | $85.29 |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 5190 | $ 545.88 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 1003 | $ 246.07 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 6002 | $ 394.74 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 6003 | $ 604.71 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 6036 | $ 431.64 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 5177 | $ 558.98 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 5193 | $ 362.30 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 3417 | $ 613.93 | |
| Home Depot | 123 Wild Plum, Cabot, AR 72023 | 5892 | $ 542.93 | |
| | | | $ 4,301.18 | $4,301.18 |
| JC Penney | 300 S. University, Little Rock, AR 72205 | 1067 | $ 159.00 | $159.00 |
| K-Mart | 10901 N. Rodney Parham, Little Rock, AR 72212 | 5935 | $ 287.98 | $287.98 |
| Kohl's | PO Box 3004, Milwaukee, WI 53201 | 6043 | $ 150.53 | |
| Kohl's | PO Box 3004, Milwaukee, WI 53201 | 1312 | $ 158.59 | |
| Kohl's | PO Box 3004, Milwaukee, WI 53201 | 1320 | $ 153.74 | |
| | | | $ 462.86 | $462.86 |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1064 | $ 150.00 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1068 | $ 63.99 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1068 | $ 94.62 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6036 | $ 100.00 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6030 | $ 122.53 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6033 | $ 100.00 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6034 | $ 153.74 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6037 | $ 149.44 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6038 | $ 66.11 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6039 | $ 61.81 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 6046 | $ 72.62 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 5175 | $ 19.88 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 5184 | $ 60.41 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1300 | $ 50.00 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1305 | $ 50.00 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1310 | $ 2.59 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1307 | $ 42.55 | |
| Kroger | 800 Ridgelake Blvd., Memphis, TN 38120 | 1314 | $ 23.28 | |
| | | | $ 1,383.57 | $1,383.57 |
| LHSS | Address Unknown | 5952 | $ 44.69 | $44.69 |
| Lowe's | 2301 TP White Dr., Jacksonville, AR 72076 | 5933 | $ 189.74 | $189.74 |

| VICTIM | ADDRESS | CHECK # | ALTERED AMT | |
|---|---|---|---|---|
| Advance Auto Parts | 2261 South Range Ave., Deham Springs, LA 70726 | 6050 | $ 52.55 | |
| Advance Auto Parts | 2261 South Range Ave., Deham Springs, LA 70726 | 1292 | $ 220.59 | |
| | | | $ 273.14 | $ 273.14 |
| Arvest Bank | 5000 Rogers Ave., Fort Smith, AR 72903 | 1291 | $ 950.00 | |
| Arvest Bank | 5000 Rogers Ave., Fort Smith, AR 72903 | 1319 | $ 1,000.00 | |
| | | | $ 1,950.00 | $ 1,950.00 |
| Auto Zone | 246 Oak St., Conway, AR 72032 | 6032 | $ 226.78 | $ 226.78 |
| Bank of Little Rock | PO Box 34090, Little Rock, AR 72203 | 7747 | $ 825.00 | $ 825.00 |
| Barnes & Noble | 2325 S. Stemmons Freeway, Lewisville, KY 75067 | 5942 | $ 87.56 | |
| Barnes & Noble | 2325 S. Stemmons Freeway, Lewisville, KY 75067 | 5179 | $ 58.04 | |
| | | | $ 145.60 | $145.60 |
| Bullock's Superstop | 15536 Interstate 30, Benton, AR 72019 | 1307 | $ 23.63 | |
| Bullock's Superstop | 15536 Interstate 30, Benton, AR 72019 | 91314 | $ 21.39 | |
| | | | $ 45.02 | $45.02 |
| Citgo Flash Market | 2255 John Hardin Dr., Jacksonville, AR 72076 | 5932 | $ 28.90 | $28.90 |
| Clean 'N Simple | Address Unknown | 5951 | $ 12.36 | $12.36 |
| Corky's | 12005 Westhaven Drive, Little Rock, AR 72211 | 984 | $ 40.16 | $40.16 |
| Dept. Finance & Administration | 6620 Young Rd., Little Rock, AR 72209 | 5950 | $ 392.38 | $392.38 |
| Enterprise Liquor | 12300 Stagecoach Rd., Little Rock, AR 72210 | 6025 | $ 22.03 | $22.03 |
| Friedman's Jewelers | 4550 Excel Parkway, Stu. 100MS22, Addison, TX 75001 | 5191 | $ 139.21 | $139.21 |
| Gander Mountain | 5450 Lander Rd., Sherwood, AR 72117 | 3415 | $ 297.99 | $297.99 |
| Garland's Superstop | 3636 Central Ave., Hot Springs, AR 71913 | 5960 | $ 35.14 | $35.14 |
| Goody's | 11 Lakeview Lane, Cabot, AR 72023 | 5953 | $ 244.18 | $244.18 |
| Harvest Foods | 8109 Interstate 30, Little Rock, AR 72209 | 5936 | $ 17.62 | |
| Harvest Foods | 8109 Interstate 30, Little Rock, AR 72209 | 6024 | $ 71.17 | |
| Harvest Foods | 8109 Interstate 30, Little Rock, AR 72209 | 1293 | $ 90.71 | |
| | | | $ 179.50 | $179.50 |
| Hastings | 915 W. Main Street, Jacksonville, AR 72076 | 6031 | $ 86.04 | $86.04 |

| VICTIM | ADDRESS | CHECK # | ALTERED AMT | |
|---|---|---|---|---|
| MaxMart | 4100 W. Markham, Little Rock, AR 72205 | 1302 | $ 29.00 | |
| MaxMart | 4100 W. Markham, Little Rock, AR 72205 | 1306 | $ 5.98 | |
| MaxMart | 4100 W. Markham, Little Rock, AR 72205 | 13140 | $ 21.00 | |
| | | | $ 55.98 | $55.98 |
| National Home Center | PO Box 848, Springdale, AR 72765 | 6027 | $ 500.00 | $500.00 |
| Office Depot | 2200 Old Germantown Rd., Delray Beach, FL 33445 | 6035 | $ 107.99 | |
| Office Depot | 2200 Old Germantown Rd., Delray Beach, FL 33445 | 5185 | $ 109.62 | |
| Office Depot | 2200 Old Germantown Rd., Delray Beach, FL 33445 | 5190 | $ 140.78 | |
| | | | $ 358.39 | $358.39 |
| O'Reilly Auto Parts | 233 S. Patterson, Springfield, MO 65802 | 5957 | $ 302.60 | $302.60 |
| Sav-U-Mor | 7525 Baseline Rd., Little Rock, AR 72209 | 5937 | $ 34.06 | $34.06 |
| Sears | 600 S. University, Little Rock, AR 72205 | 3411 | $ 300.97 | |
| Sears | 600 S. University, Little Rock, AR 72205 | 1304 | $ 165.08 | |
| | | | $ 466.05 | $466.05 |
| Shell Oil Company | PO Box 2463, Houston, TX 77525 | 3407 | $ 26.73 | |
| Shell Oil Company | PO Box 2463, Houston, TX 77525 | 3408 | $ 16.00 | |
| Shell Oil Company | PO Box 2463, Houston, TX 77525 | 3416 | $ 54.05 | |
| Shell Oil Company | PO Box 2463, Houston, TX 77525 | 3418 | $ 25.86 | |
| Shell Oil Company | PO Box 2463, Houston, TX 77525 | 1296 | $ 11.93 | |
| | | | $ 134.57 | $134.57 |
| Staples | 12309 Chenal Parkway, Little Rock, AR 72211 | 1313 | $ 107.98 | $107.98 |
| Sutherlands | 4000 Main, Kansas City, MO 64111 | 5955 | $ 207.93 | |
| Sutherlands | 4000 Main, Kansas City, MO 64111 | 6029 | $ 400.00 | |
| Sutherlands | 4000 Main, Kansas City, MO 64111 | 1307 | $ 128.37 | |
| | | | $ 736.30 | $736.30 |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 6035 | $ 328.66 | |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 6037 | $ 107.49 | |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 5934 | $ 313.18 | |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 6042 | $ 100.00 | |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 5191 | $ 37.61 | |
| Target | 7377 Alcoa Rd., Bryant, AR 72022 | 1320 | $ 268.74 | |
| | | | $ 1,155.68 | $1,155.68 |
| TSC | 5470 Landers Rd., North Little Rock, AR 72117 | 6026 | $ 248.13 | $248.13 |

| VICTIM | ADDRESS | CHECK # | ALTERED AMT | |
|---|---|---|---|---|
| U-Haul International | PO Box 21510, Phoenix, AZ 85036 | 3412 | $ 100.00 | |
| U-Haul International | PO Box 21510, Phoenix, AZ 85036 |  | $ 1,271.15 | |
| U-Haul International | PO Box 21510, Phoenix, AZ 85036 | 3412 | $ 100.00 | |
|  |  |  | $ 1,471.15 | $1,471.15 |
| USA Drug | 100 Airport Rd., Hot Springs, AR 71913 | 5956 | $ 18.05 | $18.05 |
| Walgreens | 14820 Cantrell, Little Rock, AR 72223 | 5939 | $ 55.08 | |
| Walgreens | 14820 Cantrell, Little Rock, AR 72223 | 5940 | $ 54.49 | |
| Walgreens | 14820 Cantrell, Little Rock, AR 72223 | 303 | $ 102.67 | |
| Walgreens | 14820 Cantrell, Little Rock, AR 72223 | 5178 | $ 102.67 | |
|  |  |  | $ 314.91 | $314.91 |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1067 | $ 335.75 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1070 | $ 127.26 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1071 | $ 25.16 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1072 | $ 55.35 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1073 | $ 274.45 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1074 | $ 289.05 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1075 | $ 200.32 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1081 | $ 146.16 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1082 | $ 280.79 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1086 | $ 29.83 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1087 | $ 158.55 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 5187 | $ 132.90 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 5189 | $ 278.86 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 107002 | $ 127.26 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 107102 | $ 317.43 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 6034 | $ 290.88 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 6021 | $ 50.00 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 6022 | $ 609.22 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 5176 | $ 115.16 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 5181 | $ 304.92 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 3409 | $ 60.00 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 3413 | $ 299.53 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 1294 | $ 134.95 | |
| Wal-Mart | 1106 SE 5th St., Bentonville, AR 72712 | 5891 | $ 476.92 | |
|  |  |  | $ 5,120.70 | $5,120.70 |
|  |  |  |  | $22,882.29 |